September 3, 2025

SAG 25-CV-2946

```
___ FILED      ___ ENTERED
___ LOGGED     ___ RECEIVED

     SEP  5 2025

     AT BALTIMORE
CLERK, U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
BY_____ DEPUTY
```

Dear Clerk of Court,

Please accept for filing the enclosed federal civil complaint in the matter of *Reichert v. Fleckenstein*. Enclosed with this submission are:

1. The original Complaint with required copies for service;
2. A check in the amount of $405.00, payable to Clerk, U.S. District Court, for the filing fee; and
3. Civil cover sheet and summons forms.

Kindly process this filing at your earliest convenience and return any file-stamped copies to me at the above address. Should you require further information or additional copies, please do not hesitate to contact me.

Thank you for your assistance.

Respectfully submitted,

Jeff Reichert